IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19-03084-09-CR-MDH |
| ) | |
| CHANDLER B. ROBERTS, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Defendant's Motion to Suppress (Doc. 315), the Government's Suggestions in Opposition (Doc. 319), the Report and Recommendation of United States Magistrate Judge (Doc. 341), and Defendant's Objections to the Report and Recommendation of United States Magistrate Judge (Doc. 344). The Court has also reviewed the electronic transcript from the October 6, 2020, hearing before the United States Magistrate Judge. (Doc. 331).

After a careful and independent review of the parties' submissions, the applicable law, the Report and Recommendation, and Defendant's objections to the same, this Court agrees with and **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Doc. 341) in full. Accordingly, the Court **DENIES** Defendant's motion to suppress. (Doc. 315).

**IT IS SO ORDERED.**
DATED: December 15, 2020

                                               */s/ Douglas Harpool*
                                               **DOUGLAS HARPOOL**
                                               **UNITED STATES DISTRICT JUDGE**